HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARROL A. SHEETS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUCORA, INC., WILLIAM J. RUCKELSHAUS, and ERIC M. EMANS,<br><br>Defendants. | No. 2:14-cv-00720-RSL<br><br>**NOTICE OF FILING MOTION OF CITY OF OMAHA POLICE AND FIREMAN'S RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL WITH MEMORANDUM IN SUPPORT** |

Pursuant to Local Rule 42(a), notice is hereby given that the attached motion and supporting declaration were filed in the *Parmelee v. Blucora*, *et al*. U.S. District Court, Western District of Washington, Case No. 2:14-cv-00706-RSL.

NOTICE OF FILING MOTION & MEMORANDUM
FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF & APPROVAL OF LEAD COUNSEL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | DATED: July 15, 2014. |

                                              */s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
kstephens@tousley.com
Janissa A. Strabuk, WSBA #21827
jstrabuk@tousley.com
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

Joseph P. Guglielmo (admitted *pro hac vice*)
jguglielmo@scott-scott.com
Joseph D. Cohen (admitted *pro hac vice*)
jcohen@scott-scott.com
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

Lionel Z. Glancy (*pro hac* admission pending)
LGlancy@glancylaw.com
Michael Goldberg
mmgoldberg@glancylaw.com
Robert V. Prongay (*pro hac* admission pending)
RProngay@glancylaw.com
Elaine Chang
EChang@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Howard G. Smith (*pro hac* admission pending)
howardsmith@howardsmithlaw.com
LAW OFFICES OF HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

***Attorneys for Movant
and Proposed Co-Lead Counsel***

1

NOTICE OF MOTION, MOTION & MEMORANDUM
FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, & APPROVAL OF LEAD COUNSEL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL.  206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

By: */s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984

2

NOTICE OF MOTION, MOTION & MEMORANDUM
FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, & APPROVAL OF LEAD COUNSEL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992