THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARROL A. SHEETS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>BLUCORA, INC., WILLIAM J. RUCKELSHAUS, and ERIC M. EMANS,<br><br>Defendants. | CASE NO.: 2:14-cv-00720-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Darrol A. Sheets hereby voluntarily dismisses the above-captioned action, without prejudice.

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO.: 2:14-CV-00720-JLR

Zwerling, Schachter & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel.: (206) 223-2053

| | |
|---|---|
| Dated: July 25, 2014 | **ZWERLING, SCHACHTER & ZWERLING, LLP** |
| | By: /s/ Dan Drachler |
| | Dan Drachler (WSBA #27728) |
| | 1904 Third Avenue, Suite 1030 |
| | Seattle, WA 98101-1170 |
| | Telephone: (206) 223-2053 |
| | Facsimile: (206) 343-9636 |
| | ddrachler@zsz.com |
| | |
| | **POMERANTZ LLP** |
| | Jeremy A. Lieberman |
| | Frank McConville |
| | 600 Third Avenue, 20th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 661-1100 |
| | Facsimile: (212) 661-8665 |
| | migross@pomlaw.com |
| | jalieberman@pomlaw.com |
| | |
| | **POMERANTZ LLP** |
| | Patrick V. Dahlstrom |
| | 10 South La Salle Street, Suite 3505 |
| | Chicago, Illinois 60603 |
| | Telephone: (312) 377-1181 |
| | Facsimile: (312) 377-1184 |
| | pdahlstrom@pomlaw.com |
| | |
| | *Attorneys for Plaintiff* |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO.: 2:14-CV-00720-JLR

Zwerling, Schachter & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel.: (206) 223-2053

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2014, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated:  July 25, 2014

s/ Dan Drachler<br>
Dan Drachler

CERTIFICATE OF SERVICE
CASE NO.: 2:14-CV-00720-JLR

Zwerling, Schachter & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel.: (206) 223-2053